DUANE A. BOSWORTH, OSB #825077
duanebosworth@dwt.com
TIM CUNNINGHAM, OSB #100906
timcunningham@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| CONSUMER CELLULAR, INCORPORATED, an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CONSUMERAFFAIRS.COM, INC., a Nevada corporation; CONSUMERS UNIFIED, LLC, a Nevada limited liability company; and DAVID ZACHARY CARMAN,<br><br>    Defendants. | Case No. _____<br><br>**DEFENDANT CONSUMERAFFAIRS.COM, INC.'S CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, and LR 7.1-1, defendant ConsumerAffairs.com, Inc. ("defendant"), a nongovernmental corporate party, states that:

///

///

///

///

Page 1 -  CONSUMERAFFAIRS.COM, INC.'S CORPORATE DISCLOSURE STATEMENT

DWT 28100842v1 0105455-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

1.      Defendant is wholly owned by ConsumerAffairs.com Holdings, LLC.  No publicly held corporation owns 10% or more of defendant's stock.

DATED this 9th day of October, 2015.

**DAVIS WRIGHT TREMAINE LLP**

By  s/ Tim Cunningham
DUANE A. BOSWORTH, OSB #825077
duanebosworth@dwt.com
TIM CUNNINGHAM, OSB #100906
timcunningham@dwt.com
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

Attorneys for Defendants

Page 2 - CONSUMERAFFAIRS.COM, INC.'S CORPORATE DISCLOSURE STATEMENT

DWT 28100842v1 0105455-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax