**Thomas R. Rask, III**, OSB No. 934031
trask@kelrun.com
**Robert B. Lowry**, OSB No. 852751
rlowry@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill St., Suite 600
Portland, OR  97204-1329
Telephone:  503/222-3531
Fax:  503/227-2980
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CONSUMER CELLULAR, INCORPORATED**, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CONSUMERAFFAIRS.COM, INC.**, a Nevada corporation; **CONSUMERS UNIFIED, LLC**, a Nevada limited liability company; and **DAVID ZACHARY CARMAN**,<br><br>Defendants. | Case No.: 3:15-cv-01908-PK<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND CORRESPONDING PRETRIAL DEADLINES** |

**CERTIFICTE OF COMPLIANCE**

Pursuant to Local Rule 7-1, Plaintiff submits this unopposed motion to extend the

discovery deadline and corresponding pretrial deadlines.  The undersigned counsel for

**Page 1**   PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND CORRESPONDING PRETRIAL DEADLINES

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

Plaintiff certifies that he has conferred with Defendants' counsel, Duane Bosworth, who does

not oppose and concurs with this motion, including the reasons and dates stated herein.

## MOTION

Plaintiff moves for an extension of all case management deadlines, including the

following:

| Deadline | Current | Proposed |
|---|---|---|
| Discovery | February 8, 2016 | June 7, 2016 (120 days) |
| Dispositive Motions | February 8, 2016 | July 22, 2016 |
| Joint ADR Report | March 7, 2016 | July 22, 2016 |
| Pretrial Order | March 7, 2016 | 30 days after ruling on dispositive motions |

## ARGUMENT

There have previously been no time extensions of case management deadlines in this

case.  A Rule 16 conference has not been held while a special motion to strike remains

pending.

This motion complies with Local Rule 16-3.  There is good cause for the deadlines to

be modified while the special motion to strike is pending.  No trial date has been set.

This motion is made in good faith, not for the purpose of delay, and is supported by

the record on file herein and the attached Declaration of Robert B. Lowry.

**Page 2**   **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND CORRESPONDING PRETRIAL DEADLINES**

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

DATED this 5th day of February, 2016.

*s/Robert B. Lowry*
**THOMAS R. RASK, III**
OSB No. 934031
**ROBERT B. LOWRY**
OSB No. 852751
503/222-3531
**Attorneys for Plaintiff**

**Page 3**  **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND CORRESPONDING PRETRIAL DEADLINES**

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980