**Thomas R. Rask, III**, OSB No. 934031
trask@kelrun.com
**Robert B. Lowry**, OSB No. 852751
rlowry@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill St., Suite 600
Portland, OR  97204-1329
Telephone:  503/222-3531
Fax:  503/227-2980
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CONSUMER CELLULAR, INCORPORATED**, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>**CONSUMERAFFAIRS.COM, INC.**, a Nevada corporation; **CONSUMERS UNIFIED, LLC**, a Nevada limited liability company; and **DAVID ZACHARY CARMAN**,<br><br>Defendants. | Case No.: 3:15-cv-01908-PK<br><br>**DECLARATION OF ROBERT B. LOWRY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND CORRESPONDING PRETRIAL DEADLINES** |

Pursuant to 28 USC § 1746, I, Robert B. Lowry, declare:

1.      I am one of the attorneys for the Plaintiff in the above-entitled case.  I make this declaration upon my personal knowledge of the facts stated herein and I am competent to testify to the same.

Page 1  **DECLARATION OF ROBERT B. LOWRY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND CORRESPONDING PRETRIAL DEADLINES**

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

2.      Before filing Plaintiff's Unopposed Motion to Extend Discovery Deadline and Corresponding Pretrial Deadlines (Motion) I conferred with Defendants' counsel, Duane Bosworth.  Mr. Bosworth stated that he does not oppose and concurs with the complete contents of the motion, including the reasons and dates stated therein as follows:

| **Deadline** | **Current** | **Proposed** |
|---|---|---|
| Discovery | February 8, 2016 | June 7, 2016 (120 days) |
| Dispositive Motions | February 8, 2016 | July 22, 2016 |
| Joint ADR Report | March 7, 2016 | July 22, 2016 |
| Pretrial Order | March 7, 2016 | 30 days after ruling on dispositive motions |

3.      There have previously been no time extensions of case management deadlines in this case.  A Rule 16 conference has not been held while a special motion to strike remains pending.

4.      There is good cause for the deadlines to be reset while the special motion to strike remains pending.  No trial date has been set.

5.       The Motion is filed in good faith and not for the purpose of harassment or delay.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of February, 2016.

              *s/Robert B. Lowry*
              Robert B. Lowry

**DECLARATION OF ROBERT B. LOWRY IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE AND CORRESPONDING PRETRIAL DEADLINES**

Page 2

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980