IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CONSUMER CELLULAR, INC., an Oregon corporation,<br><br>       Plaintiff,<br><br>v.<br><br>CONSUMERAFFAIRS.COM, INC., a Nevada corporation; CONSUMERS UNIFIED, LLC, a Nevada limited liability company; and DAVID ZACHARY CARMAN,<br><br>       Defendants. | 3:15-CV-01908-PK<br><br>ORDER |

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#32) on February 29, 2016, in which he recommends the Court deny Defendants' ORS 31.150 Special Motion (#9) to Strike Plaintiff's Claims.  Defendants filed timely Objections to the Findings and Recommendation.  The matter is now before this

1 - ORDER

Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Defendants' Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#32) and, therefore, **DENIES** Defendants' ORS 31.150 Special Motion (#9) to Strike Plaintiff's Claims.

IT IS SO ORDERED.

DATED this 2nd day of June, 2016.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER