DUANE A. BOSWORTH, OSB #825077
duanebosworth@dwt.com
DEREK D. GREEN, OSB #042960
derekgreen@dwt.com
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

CAMERON STRACHER (admitted pro hac vice)
cam@stracherlaw.com
4 New York Plaza, 2d Floor
New York, NY 10004
Telephone: (212) 743-6513
Facsimile: (646) 810-3089

　　　　Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| CONSUMER CELLULAR, INCORPORATED, an Oregon corporation, <br><br> **PLAINTIFF**, <br><br> v. <br><br> CONSUMERAFFAIRS.COM, INC., a Nevada corporation; CONSUMERS UNIFIED, LLC, a Nevada limited liability company; and DAVID ZACHARY CARMAN, <br><br> **DEFENDANTS**. | Case No. 3:15-cv-01908-PK <br><br> **NOTICE OF SUBSEQUENT AUTHORITY RE: DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF APPEAL** |

Defendants ConsumerAffairs.com, Inc., Consumers Unified, LLC, and David Zachariah Carman ("Defendants") provide notice of subsequent authority in <u>Kimzey v. Yelp! Inc.</u>, 21 F. Supp. 3d 1120 (W.D. Wash. 2014), referenced in Defendants' Motion to Stay Proceedings

Page 1 - NOTICE OF SUBSEQUENT AUTHORITY RE: DEFENDANTS' MOTION TO STAY

DWT 30366348v1 0105455-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

Pending Disposition of Appeal (Docket No. 52, at pp. 6 and 9) and Reply (Docket No. 61, at pp. 8 and 12).  On September 12, 2016, the Ninth Circuit affirmed the District Court's dismissal of the complaint.  See Kimzey v. Yelp! Inc., Nos. 14-35487 and 14-35494, __ F.3d __, 2016 WL 4729492 (9th Cir. Sept. 12, 2016).

DATED this 19th day of September, 2016.

**DAVIS WRIGHT TREMAINE LLP**


By s/ Derek D. Green
    DUANE A. BOSWORTH, OSB #825077
    duanebosworth@dwt.com
    DEREK D. GREEN, OSB #042960
    derekgreen@dwt.com
    DAVIS WRIGHT TREMAINE LLP
    Telephone:  (503) 241-2300

    Attorneys for Defendants

Of Counsel:

CAMERON STRACHER (admitted pro hac vice)
cam@stracherlaw.com
Telephone:  (212) 743-6513

Attorneys for Defendants

Page 2 - NOTICE OF SUBSEQUENT AUTHORITY RE: DEFENDANTS' MOTION TO STAY

DWT 30366348v1 0105455-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax