DUANE A. BOSWORTH, OSB #825077
duanebosworth@dwt.com
DEREK D. GREEN, OSB #042960
derekgreen@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

CAMERON STRACHER (admitted pro hac vice)
cam@stracherlaw.com
4 New York Plaza, 2d Floor
New York, NY 10004
Telephone: (212) 743-6513
Facsimile: (646) 810-3089

    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| CONSUMER CELLULAR, INCORPORATED, an Oregon corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CONSUMERAFFAIRS.COM, INC., a Nevada corporation; CONSUMERS UNIFIED, LLC, a Nevada limited liability company; and DAVID ZACHARY CARMAN,<br><br>    Defendants. | Case No. 3:15-cv-01908-PK<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

    Based upon the stipulation of the parties hereto that this action has been fully compromised and settled, and that they hereby stipulate to dismissal with prejudice of all plaintiff's claims against defendants, it is hereby

Page 1 – STIPULATED JUDGMENT OF DISMISSAL

4822-9268-2329v.1 0105455-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

**ORDERED AND ADJUDGED** that this action is dismissed with prejudice and without attorney fees or costs awarded to any party.

DATED this 28th day of December, 2017.

_____
Hon. Anna J. Brown
United States District Court Judge

IT IS SO STIPULATED:

| KELL, ALTERMAN & RUNSTEIN, L.L.P | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: s/ Robert B. Lowry | By s/Duane A. Bosworth |
| THOMAS R. RASK, III, OSB #934031 | DUANE A. BOSWORTH, OSB #825077 |
| trask@kelrun.com | duanebosworth@dwt.com |
| ROBERT B. LOWRY, OSB #852751 | Telephone: (503) 241-2300 |
| rlowry@kelrun.com | Facsimile: (503) 778-5299 |
| KELL, ALTERMAN & RUNSTEIN, L.L.P. | |
| 520 SW Yamhill St., Suite 600 | CAMERON STRACHER |
| Portland, OR 97204-1329 | (admitted pro hac vice) |
| Telephone: (503) 222-3531 | cam@stracherlaw.com |
| Facsimile: (503) 227-2980 | 4 New York Plaza, 2d Floor |
| | New York, NY 10004 |
| Attorneys for Plaintiff | Telephone: (212) 743-6513 |
| | Facsimile: (646) 810-3089 |
| | |
| | Attorneys for Defendants |

Page 2 – STIPULATED JUDGMENT OF DISMISSAL

4822-9268-2329v.1 0105455-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax